USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRANCISCO TINEO-SANTOS,

            Petitioner,

    -v-

PAUL PICCOLO, Superintendent of
Southport Correctional Facility,

            Respondent.
----------------------------------------------------------------X

**ORDER**

19-CV-5038 (MKV) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

On February 24, 2021, petitioner submitted a motion for reconsideration of this Court's January 27 decision. To date, respondent has not filed any opposition papers. Accordingly, the Court directs respondent to file a response **no later than March 17, 2021**. If respondent fails to do so, the Court will treat petitioner's motion as unopposed.

    SO ORDERED.

    Dated: March 11, 2021
          New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1