UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCISCO TINEO-SANTOS,

                        Petitioner,                  19 **CIVIL** 5038 (MKV)

        -against-                                **JUDGMENT**

PAUL PICCOLO, Superintendent of Southport
Correctional Facility,

                        Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated September 14, 2022, the Court has overruled the objections of both Petitioner and Respondent. The Report is ADOPTED in its entirety and Mr. Tineo-Santos' habeas petition is DENIED. The Court has declined to issue a certificate of appealability because Mr. Tineo-Santos has failed to make a substantial showing of a denial of a constitutional right. See 28 U.S.C. 2253(c)(2); accordingly, the case is closed.

**Dated:**  New York, New York
          September 14, 2022

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                **BY:**       *K. Mango*

                                                                      **Deputy Clerk**