UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2022
```

FRANCISCO TINEO-SANTOS,

                Petitioner,

-against-

PAUL PICCOLO, *Superintendent of Southport Correctional Facility*,

                Respondent.

1:19-cv-5038-MKV-JLC

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      On December 5, 2022, this Court issued an Order (1) denying Petitioner's request for an extension of time to file a motion for reconsideration regarding the motion to amend, (2) directing the Clerk of Court to provide copies of the requested records to Petitioner in accordance with her/its standard practices, and (3) denying without prejudice Petitioner's request for an extension of time to submit a motion under Federal Rules of Civil Procedure 59 and 60 to "alter/amend . . . the judgment entered on September 14, 2022," given the pending appeal. [ECF No. 67.]

      Petitioner has filed two more pro se letters to date. In the first, Petitioner requests a docket sheet reflecting all documents filed in his case. [ECF No. 68.] Second, Petitioner seeks relief from the September 14, 2022 judgment under Rule 60. [ECF No. 69.]

      Petitioner's request for a copy of his docket sheet is GRANTED. The Clerk of Court is respectfully requested to provide Petitioner with a copy of his docket sheet in accordance with standard practices. It appears from a review of the docket in this case that the Clerk of Court may have already processed this request.

      Petitioner's second request, for relief under Rule 60, is DENIED without prejudice for the reasons already outlined in the Order dated December 5, 2022. [ECF No. 67.]

The Clerk of Court is respectfully requested to send a copy of this Order to the pro se Petitioner at the address of record.

**SO ORDERED.**

Date:  December 28, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**